**Fill in this information to identify the case:**

Debtor name    New-Tronics, Ltd.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vicki Ford, Executrix c/o James Key 777 Main Street, Ste. 1800 Fort Worth, TX 76102 | | | Contingent Unliquidated Disputed | | | $1,885,585.66 |
| WONDERBOYS LLC C/O Roy G Shrode 2104 Wellington Court Midland, TX 79705 | | | | | | $63,747.00 |
| ARROWHEAD MFG. CO. 4212 MURRAY AVE Haltom City, TX 76117 | | | | | | $20,755.35 |
| ADVANCED DIGITAL CABLE INC. 94 EAGLE FORK ROAD Hayesville, NC 28904 | | | | | | $15,061.79 |
| ARGUS INTERNATIONAL, INC. 10216 WERCH DRIVE #108 Woodridge, IL 60517 | | | | | | $13,699.63 |
| BLUECROSS BLUESHIELD OF TXHEALTHCARE SER PO BOX 650615 Dallas, TX 75265 | | | | | | $7,200.00 |
| TRAVELERS PASCHALL INS GROUP PO BOX 939 Weatherford, TX 76086 | | | | | | $6,037.00 |

| Debtor | New-Tronics, Ltd. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FITTINGS, INC 3300 FISHER AVE. Fort Worth, TX 76111 | | | | | | $5,790.00 |
| ZIERICK MANUFACTURING COMPANY 1005 INTERNATIONALE PKWY Woodridge, IL 60517 | | | | | | $5,495.00 |
| THE BOXGUY P.O. BOX 512 Haslet, TX 76052 | | | | | | $4,920.00 |
| INTERSTATE FITTINGS 2200 SINGLETON BLVD. Dallas, TX 75222 | | | | | | $4,114.60 |
| WARD PACKAGING, INC. 2848 CULLEN STREET Fort Worth, TX 76107 | | | | | | $3,926.18 |
| FAST-SPEC, INC. 475 DODSON LAKE DRIVE Arlington, TX 76012 | | | | | | $3,322.20 |
| SUPERIOR ESSEX GROUP, INC. 3223 MAGNOLIA AVE Fort Wayne, IN 46802 | | | | | | $1,726.48 |
| INSULTAB, INC. 45 INDUSTRIAL PARKWAY Woburn, MA 01801 | | | | | | $1,579.50 |
| RELIANCE STEEL & ALUMINUM CO 5027 SPACE CENTER DRIVE San Antonio, TX 78218 | | | | | | $1,494.60 |
| W4 GRAPHICS 2451 RIVERBEND WEST Fort Worth, TX 76118 | | | | | | $1,358.37 |
| EXXON MOBIL PROCESSING CENTER PO BOX 688938 Des Moines, IA 50368 | | | | | | $1,348.71 |

Debtor  New-Tronics, Ltd.                                          Case number *(if known)*  _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EIS LEGACY, LLC 1625 CRESSANT CIRCLE #225 Carrollton, TX 75006 | | | | | | $1,335.00 |
| FRANKSTON PACKAGING CO. LP. 699 N FRANKSTON HWY Frankston, TX 75763 | | | | | | $1,121.00 |